| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin, Esq. (SBN 175497)<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 Wilshire Blvd., Ste 1500<br>Los Angeles, CA 90010<br>Tel: (213)388-4939  Fax (213)388-2411<br>Email: lbishopbk@yahoo.com<br><br>Attorney for Debtors / Plaintiffs | **FILED & ENTERED**<br><br>JUL 01 2011<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY carranza  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>Nery Manrique Lopez<br>Dixy Libeth Ulloa<br><br>                                  Debtor. | CASE NO.:  2:10-bk-53106-VZ<br><br>CHAPTER: 13<br><br>ADVERSARY NO.:  2:11-AP-02388-VZ |
|---|---|
| Nery Manrique Lopez<br>Dixy Libeth Ulloa<br>                                Plaintiff,<br>vs.<br><br>BAC Home Loans Servicing, LP its assignees and/or successors in interests; DOE Company 1-5, DOE Corporations 1-5; DOES 1-5, inclusive,<br>                                Defendant. | **ORDER APPROVING STIPULATION RE: COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>**STATUS CONFERENCE HEARING**<br><br>**DATE**:   AUGUST 25, 2011<br>**TIME**:   10:00 a.m.<br>**CTRM**:   1368<br>**PLACE**:   Roybal Federal Building<br>                   255 E. Temple Street<br>                   Los Angeles, CA 90012 |

The Stipulation of Plaintiffs Nery Manrique Lopez and Dixy Libeth Ullo, and Defendant BAC Home Loans Servicing, LP, by and through their respective counsel, re Complaint for Declaratory Judgment docket entry # 3 and # 4, has been reviewed and considered by the Court. Based upon good cause showing,

**IT IS HEREBY ORDERED**:

The Stipulation re: Complaint for Declaratory Judgment is approved.

# # #

DATED: July 1, 2011

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010.

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **_06/30/2011,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

BAC Home Loans Servicing LP
Attn.: President or General Director
7105 Corporate Drive
Plano, TX 75024

Joe M Lozano, Jr
Vander Linden & Wernick P C
9441 LBJ Freeway Ste 350
Dallas, TX 75243

Cassandra J Richey
Polk Prober & Raphael ALC
20750 Ventura Blvd Ste 100
Woodland Hills, CA 91364

Samuel Geshgian
Probert & Raphael
20750 Ventura Blvd Ste 100
Woodland Hills, CA 91364

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **06/30/2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**: Hon. Vincent P. Zurzolo, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/30/2011 | L. Bishop Austin | /s/ L. Bishop Austin |
|---|---|---|
| Date | Type Name | Signature |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING STIPULATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_06/30/11_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) stated below.

    U.S. Trustee: ustpregion16.la.ecf@usdoj.gov
    Chapter 13 Trustee Nancy K Curry (TR) : ecfnc@trustee13.com

    Leroy Bishop Austin
    L.Bishop Austin & Associates
    3250 Wilshire Blvd Ste 1500
    Los Angeles, Ca 90010-1502

**II. SERVED BY THE COURT VIA UNITED STATES MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) stated below:

    BAC Home Loans Servicing LP
    Attn.: President or General Director
    7105 Corporate Drive
    Plano, TX 75024

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) stated below:

    Joe M Lozano, Jr
    Vander Linden & Wernick P C
    9441 LBJ Freeway Ste 350
    Dallas, TX 75243

    Cassandra J Richey
    Polk Prober & Raphael ALC
    20750 Ventura Blvd Ste 100
    Woodland Hills, CA 91364

    Samuel Geshgian
    Probert & Raphael
    20750 Ventura Blvd Ste 100
    Woodland Hills, CA 91364

☐ Service information continued on attached page